AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

LUIS CARLOS CACERES, GERARDO URGILES LEON, JULIO CESAR CAMBISACA ARCENTALES, and JOFFRE PACA TELENCHANO, individually and on behalf of others similarly situated

*Plaintiff(s)*

v.

PASENTI CONSTRUCTION INC. (D/B/A PASENTI CONSTRUCTION), PASENTI CONCRETE INC. (D/B/A PASENTI CONCRETE), PASENTI INC. (D/B/A PASENTI CONSTRUCTION), PASENTI DEVELOPMENT CORP. (D/B/A PASENTI DEVELOPMENT), MARTIN PARENTI, and LOUIS PASCIUTO

*Defendant(s)*

Civil Action No. 25-cv-5148

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Faillace & Associates, P.C.
Michael Faillace
60 E 42nd Street, Suite 4510
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/15/2025

Cynthia Valera
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------X

LUIS CARLOS CACERES, GERARDO URGILES LEON, JULIO CESAR CAMBISACA ARCENTALES, and JOFFRE PACA TELENCHANO, individually and on behalf of others similarly situated,

*Plaintiffs,*

-against-

PASENTI CONSTRUCTION INC. (D/B/A PASENTI CONSTRUCTION), PASENTI CONCRETE INC. (D/B/A PASENTI CONCRETE), PASENTI INC. (D/B/A PASENTI CONSTRUCTION), PASENTI DEVELOPMENT CORP. (D/B/A PASENTI DEVELOPMENT), MARTIN PARENTI, and LOUIS PASCIUTO,

*Defendants.*

------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

Pasenti Construction Inc.
(d/b/a Pasenti Construction)
68 West Street,
Warwick, New York 10990

Pasenti Concrete Inc.
(d/b/a Pasenti Concrete)
68 West Street,
Warwick, New York 10990

Pasenti Inc.
(d/b/a Pasenti Construction)
68 West Street,
Warwick, New York 10990

Pasenti Development Corp.
(d/b/a Pasenti Development)
68 West Street,
Warwick, New York 10990

Martin Parenti
68 West Street,
Warwick, New York 10990

Louis Pasciuto
68 West Street, Warwick,
New York 10990